**United States Bankruptcy Court**
**Central District Of California**

In re:
Kimberly Dawn Padilla

CHAPTER NO.: 7

CASE NO.: 2:11−bk−17048−BB

# **FINAL NOTICE**
## RE: UNCURED CASE DEFICIENCIES

**To the Debtor and the Debtor's Attorney of Record:**
**Your case WILL be dismissed without further notice or opportunity for hearing if the following documents are not filed by 3/24/11.**

X  Declaration re Electronic Filing

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

        Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

        255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: March 10, 2011

**By: Kim S. Collins**
**Deputy Clerk**

mccdnx 12/2010

**14 − 1 / KSC**